UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CATHERINE MORALES,

Defendant.

No. 12-cr-322-9 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's opposition to Morales's renewed motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 713.) Along with the opposition, the Court received two exhibits, Exhibits A and B, which the government requested be filed under seal. In light of the references to Defendant's private health and disciplinary information contained in the exhibits, the Court concludes that the presumption in favor of open records has been outweighed by Defendant's privacy interests. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT the two exhibits, provided to the Clerk of the Court herewith, be filed under seal.

SO ORDERED.

Dated: July 19, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

# EXHIBIT A

# MEDICAL RECORDS

# [TO BE FILED UNDER SEAL]

# EXHIBIT B

# DISCIPLINARY RECORDS

# [TO BE FILED UNDER SEAL]